```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                   :
EUGENE SPARROW,                    :
                                   :
         Petitioner,               :     Civ. No. 20-1540 (NLH)
                                   :
    v.                             :     MEMORANDUM AND ORDER
                                   :
UNITED STATES OF AMERICA,          :
                                   :
         Respondent.               :
_____:
```

IT APPEARING THAT:

1. Petitioner is an inmate currently confined at the Federal Correctional Institution in Minersville, Pennsylvania, and has filed a motion in his underlying criminal case (18-cr-00653-NLH) which this Court, after correspondence from Petitioner, construed as a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255. The Clerk was directed to file the motion as such and did. ECF No. 1.

2. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, . . . motions under 28 U.S.C. § 2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

Loc. Civ. R. 81.2(a).

3. In order for Petitioner's application to comply with Local Civil Rule 81.2, the Court will order the Clerk's office

to send Petitioner the required form.  Petitioner must return the completed form to the Court within 30 days.

    IT IS THEREFORE on this __21st__ day of <u>February</u>, 2020,

    ORDERED that the Clerk of the Court shall forward Petitioner a blank § 2255 form—AO 243 (modified): DNJ-Habeas-004(Rev.01-2014), for use by Petitioner; and it is further

    ORDERED that Petitioner must return the completed form to the Court within 30 days; and it is finally

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

At Camden, New Jersey              s/ Noel L. Hillman  
                                         NOEL L. HILLMAN, U.S.D.J.